ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          donna.wittig@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>                              Plaintiff,<br><br>vs.<br><br>DESERT SHORES COMMUNITY ASSOCIATION; RAM LLC; MRT ASSETS, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No.: 2:15-cv-1776-JAD-CWH<br><br>**[PROPOSED] ORDER SETTING HEARING ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER ON SHORTENED TIME** |

Upon consideration of plaintiff Nationstar Mortgage, LLC's application for a temporary restraining order and order to show cause why preliminary injunction should not issue on file in this matter, and it appearing to the Court that this is a proper instance for conducting a hearing on shortened time, this Court hereby orders that a hearing for the application for temporary restraining order shall be held on the 23rd day of September, 2015, at the hour of 9:00 AM.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

{36209913;1}

in the above-entitled Court and that notice of said hearing and the time and place thereof shall be given to defendant by serving them with a copy of this Order no later than September 22, 2015 by noon            .

Any opposition to plaintiff's request for a preliminary injunction be filed no later than the  22nd  day of  September   , 2015  by 5 p.m.

DATED this  21st  day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

{36209913;1}