ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for Plaintiff/Counter-defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DESERT SHORES COMMUNITY ASSOCIATION; RAM LLC; MRT ASSETS, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-01776-KJD-CWH<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |
| MRT ASSETS, LLC,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>　　　　　　　Counterdefendants. | |

　　　Plaintiff and counterdefendant Nationstar Mortgage LLC (**Nationstar**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of Akerman LLP.  Nationstar requests that Ms. Wittig be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent Nationstar and requests that Ariel E. Stern and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 7th day of September, 2016.

**AKERMAN LLP**

/s/ *Brett M. Coombs*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Brett M. Coombs, Esq.
Nevada bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 8, 2016

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of September, 2016, and pursuant to Fed. R. Civ. P. 5, I served through the electronic filing system (CM/ECF) a true and correct copy of the **NOTICE OF DISASSOCIATION OF COUNSEL**, to the following parties:

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 West Russell Road, Suite 330
Las Vegas, Nevada  89148
Email:  sanderson@leachjohnson.com

*Attorneys for Desert Shores Community Association*

Aaron R. Dean, Esq.
THE DEAN LEGAL GROUP, LTD.
725 South 8th Street, Suite B
Las Vegas, Nevada  89101
Email:  service@deanlegalgroup.com

*Attorney for MRT Assets, LLC*

/s/ Josephine Washenko_____
An employee of AKERMAN LLP