# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE, LLC,

    Plaintiff,

v.

RAM LLC, *et al*.,

    Defendants.

Case No. 2:15-CV-01776-KJD-CWH

**ORDER**

    Presently before the Court is the Report and Recommendation of Magistrate Judge C.W. Hoffman, Jr. (#75) filed January 13, 2017 on Aaron Dean's Motion to Adjudicate Attorney's Lien (#56). Though the time for doing so has passed, no objections to the Report and Recommendation have been filed.

    The Court will affirm the magistrate judge's ruling unless it is clearly erroneous or contrary to law. The Court finds that the magistrate judge's Report and Recommendation (#75) is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a). See 28 U.S.C. § 636(b)(1)(A). This Court does not have a definite and firm conviction that a mistake has been made. See Weeks v. Samsung Heavy Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997).

    Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge C.W. Hoffman, Jr. (#75) is **ADOPTED and AFFIRMED**;

**IT IS FURTHER ORDERED** that Aaron Dean's Motion to Adjudicate Attorney's Lien (#56) is **GRANTED in part and DENIED in part**;

**IT IS FURTHER ORDERED** that Dean's request for a retaining lien for $6432.33 for his services from January 8 through July 23, 2016, plus finance fees, is **GRANTED**;

**IT IS FURTHER ORDERED** that Dean's request $4,200 for his services in 2015 is **DENIED without prejudice**;

**IT IS FURTHER ORDERED** that Dean's request for fees for preparation of his motion is **DENIED**.

DATED this 4th day of May 2017.

_____
Kent J. Dawson
United States District Judge