ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff/Counter-defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DESERT SHORES COMMUNITY ASSOCIATION; RAM LLC; MRT ASSETS, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01776-KJD-CWH<br><br>**STIPULATION TO SUBSTITUTE U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF HARBORVIEW 2005-16 AS REAL PLAINTIFF IN INTEREST** |
| MRT ASSETS, LLC<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>　　　　　Counterdefendants. | |

Nationstar Mortgage LLC (**Nationstar**) and MRT Assets, LLC stipulate to substitute U.S. Bank National Association, as Trustee for the benefit of Harborview 2005-16 (**US Bank**) as plaintiff/counterdefendant in this matter because US Bank is the real party in interest, based on the following:

1

1. Hagob Palikyan (**borrower**) financed his Las Vegas property with a $311,600 loan from Countrywide Home Loans, which loan was secured with a deed of trust recorded against the property located at **3001 Treasure Island Road, Las Vegas, NV 89128** (the **property**) on October 17, 2005, as Instrument No. 20051017-0003740.

2. The senior deed of trust was assigned to U.S. Bank on July 28, 2011.

3. The senior deed of trust was then assigned to Nationstar Mortgage LLC via an assignment of deed of trust recorded on October 30, 2013, as Instrument No. 20131030-0004341.

4. The assignment recorded in 2013 to Nationstar was recorded in error. A discharge of assignment was recently recorded on July 23, 2018, as Instrument No. 20180723-0000704. A copy of the discharge is attached hereto as **Exhibit A.** The deed of trust's current beneficiary is US Bank, as it was original in 20101 following that correct assignment.

5. **IT IS STIPULATED** that the real party in interest is U.S. Bank National Association, as Trustee for the benefit of Harborview 2005-16.

6. **IT IS STIPULATED** all claims and defenses previously asserted by Nationstar against other parties in this action will be assumed by US Bank, and Nationstar's role in this matter will be terminated. No party will be prejudiced by the substitution.

Respectfully submitted, this the 3rd day of December, 2018.

| **AKERMAN LLP** | **MORRIS LAW CENTER** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Timothy A. Wiseman* |
| Ariel E. Stern, Esq. | Sarah A. Morris, Esq. |
| Nevada Bar No. 8276 | Nevada Bar No. 8461 |
| Scott R. Lachman, Esq. | Timothy A. Wiseman, Esq. |
| Nevada Bar No. 12016 | Nevada Bar No. 13786 |
| 1635 Village Center Circle, Suite 200 | 5450 W. Sahara Avenue, Suite 330 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89146 |
| *Attorneys for Nationstar Mortgage, LLC* | *Attorneys for MRT Assets, LLC* |

**IT IS SO ORDERED.**

**UNITED STATES** MAGISTRATE JUDGE

**DATED**: December 4, 2018

2

46917156;1
47150928;1

## **EXHIBITS LIST**

**Exhibit A**   Discharge of Assignment

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
Las Vegas, NV 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46917156;1
47150928;1

# EXHIBIT A

Discharge of Assignment

Inst #: 20180723-0000704
Fees: $40.00
07/23/2018 09:57:47 AM
Receipt #: 3460475
Requestor:
B OF A, N.A.
Recorded By: OSA   Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

**EXCEPTIONS**

**COPY**

Tax Parcel ID: 138-16-111-008

THIS INSTRUMENT WAS PREPARED BY:
ETHEL M. MEADOR
4909 SAVARESE CIRCLE
TAMPA, FL 33634
PHONE#: (800)444-4302

WHEN RECORDED MAIL TO:
BANK OF AMERICA, N.A.
4500 AMON CARTER BLVD, TX2-979-01-19
FORT WORTH, TX 76155

Mortgagor: HAGOB PALIKYAN, A SINGLE MAN

SPACE ABOVE FOR RECORDER'S USE

### DISCHARGE OF ASSIGNMENT

KNOWN ALL MEN BY THESE PRESENTS,

THAT THE ASSIGNMENT OF MORTGAGE/DEED OF TRUST DATED 10/15/2013
FROM BANK OF AMERICA, N.A.
WHOSE ADDRESS IS 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063
To NATIONSTAR MORTGAGE, LLC
WHOSE ADDRESS IS 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067
RECORDED ON 10/30/2013 IN BOOK N/A PAGE N/A AND INSTRUMENT NO. 201310300004341, IN PUBLIC RECORDS OF CLARK, STATE OF NEVADA IS HEREBY DISCHARGED OF RECORD FOR THE REASON THAT SAID ASSIGNMENT OF MORTGAGE/DEED OF TRUST/SECURITY DEED WAS ERRONEOUSLY RECORDED AND THE SPECIFIED THEREIN WAS RECORDED AND WAS NOT INTENDED TO BE ASSIGNED OR TRANSFERRED.

ORIGINAL LENDER: COUNTRYWIDE HOME LOANS, INC.
PROPERTY ADDRESS: 3001 TREASURE ISLAND ROAD, LAS VEGAS, NEVADA 89128-7014
DATE OF MORTGAGE/DEED OF TRUST/SECURITY DEED: 10/05/2005   ORIGINAL LOAN AMOUNT: $311,600.00
RECORDED 10/17/2005 IN COUNTY/TOWN OF CLARK, IN BOOK: N/A AND PAGE: N/A and Instrument No: 20051017-0003740
TAX PARCEL/ID: 138-16-111-008

IN WITNESS WHEREOF, Bank of America, N.A.
HAS CAUSED THIS DISCHARGE OF ASSIGNMENT TO BE SIGNED THIS DATE JULY 19, 2018
BY: _____
ETHEL M. MEADOR, ASSISTANT VICE PRESIDENT
Witness: PAOLA GARCIA

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this JULY 19, 2018 by ETHEL M. MEADOR, ASSISTANT VICE PRESIDENT of BANK OF AMERICA, N.A.

WITNESS MY HAND AND OFFICIAL SEAL:
SIGNATURE _____
Notary Public
Personally known ✓
Or who has produced N/A as identification

LORI DAVIS-CROSS
Notary Public, State of Florida
Commission# FF 242273
My comm. expires June 21, 2019

610   114847789   DOA 001   002