ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for the benefit of Harborview 2005-16*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>DESERT SHORES COMMUNITY ASSOCIATION; RAM LLC; MRT ASSETS, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01776-KJD-CWH<br><br>**RULE 15(A)(2) STIPULATION TO U.S. BANK NATIONAL ASSOCIATION'S FIRST AMENDED COMPLAINT** |
| MRT ASSETS, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC; DOE INDIVIDUALS I-X, INCLUSIVE, AND ROE CORPORATIONS I-X, INCLUSIVE,<br><br>Counterdefendants. | |

U.S. Bank National Association, as Trustee for the benefit of Harborview 2005-16 (**U.S. Bank**) and MRT Assets, LLC stipulate as follows:

47160234;1

1. On September 15, 2015, plaintiff U.S. Bank (formerly Nationstar Mortgage LLC)[1] filed this lawsuit against Desert Shores Community Association (**Desert Shores**), MRT Assets, LLC (**MRT**), and RAM, LLC (**RAM**) regarding the October 4, 2013 foreclosure of the real property located at **3001 Treasure Island Road, Las Vegas, NV 89128** (the **property**).

2. U.S. Bank through its servicer, Nationstar, requested mediation with the Nevada Real Estate Division (**NRED**) on or about October 26, 2015.

3. On December 18, 2015, Desert Shores moved to dismiss U.S. Bank's claims against Desert Shores. (ECF No. 37.) U.S. Bank responded to the motion to dismiss on December 22, 2015 and Desert Shores replied in support of the motion on January 4, 2016. (ECF Nos. 39-40.)

4. On December 9, 2016, U.S. Bank through its servicer, Nationstar, MRT, and Desert Shores participated in NRED mediation but the parties were unable to resolve the dispute. (ECF No. 79.) RAM and Nevada Association Services, Inc. (**NAS**) refused to participate in the mediation process. (*Id.* at Ex. 1.)

5. On August 1, 2016, the Court granted Desert Shores' motion to dismiss and dismissed U.S. Bank's breach of NRS 116.1113 and wrongful foreclosure claims against Desert Shores. (ECF No. 44.) The dismissal order specifically provides U.S. Bank's claims against Desert Shores are "dismissed with leave to ref-file pending the exhaustion of mediation according to NRS § 38.310." (*Id.*)

6. On May 4, 2017, the Court granted MRT's motions to stay and denied all outstanding motions as moot.

7. On May 24, 2017, NRED issued its NRED Mediation Certificate advising the parties the mediation was unsuccessful and the matter was now closed. (ECF No. 79 at Ex. 1.)

8. On October 22, 2018, the Court lifted the stay and directed the parties to submit a new discovery plan and scheduling order within forty-five (45) days. (ECF No. 82.)

9. Pursuant to the parties' stipulation, on November 19, 2018, the court entered an amended discovery plan and scheduling order. (ECF No. 85.) The amended scheduling extended the deadline to amend pleadings and add parties from July 1, 2016 until December 17, 2018. (*Id.*)

---

[1] (*See* ECF No. 86.)

2

47160234;1

10. **THE PARTIES STIPULATE AS FOLLOWS:**

    a. The parties have completed NRED mediation in accordance with NRS § 38.310;

    b. The August 1, 2016 dismissal order grants U.S. Bank leave to refile its claims against Desert Shores upon exhaustion of the NRED mediation process;

    c. The November 19, 2018 amended scheduling order extended the parties' deadline to amend pleadings and add new parties from July 1, 2016 to December 17, 2018;

    d. MRT consents to U.S. Bank filing the first amended complaint, which reasserts U.S. Bank's NRS 116.1113 and wrongful foreclosure claims against Desert Shores and also asserts these claims against NAS, Desert Shores' trustee, for the first time. A copy of the proposed first amended complaint is attached hereto as **Exhibit A**.

Respectfully submitted, this the 7th day of December, 2018.

| **AKERMAN LLP** | **MORRIS LAW CENTER** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Timothy A. Wiseman* |
| Ariel E. Stern, Esq. | Sarah A. Morris, Esq. |
| Nevada Bar No. 8276 | Nevada Bar No. 8461 |
| Scott R. Lachman, Esq. | Timothy A. Wiseman, Esq. |
| Nevada Bar No. 12016 | Nevada Bar No. 13786 |
| 1635 Village Center Circle, Suite 200 | 5450 W. Sahara Avenue, Suite 330 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89146 |
| *Attorneys for U.S. Bank National Association, as Trustee for the benefit of Harborview 2005-16* | *Attorneys for MRT Assets, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**:   December 10, 2018

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
Las Vegas, NV 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

47160234;1

## **EXHIBIT LIST**

**Exhibit A**   U.S. Bank National Association, as Trustee for the benefit of Harborview 2005-16's First Amended Complaint

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
Las Vegas, NV 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

47160234;1